UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>DANIEL MARK BUTCHER,<br><br>    Defendant. | No. 1:25-mj-00136 SKO<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release ) |

 The defendant having been arrested for alleged violation(s) of the terms and conditions of supervised release; and

 Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

[X] The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

[ ] The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

[X] The defendant is to be transported to the Southerm District of California as soon as practicable.

 This finding is based on the reasons stated on the record.

Dated: **November 18, 2025**      /s/ *Sheila K. Oberto*
                     UNITED STATES MAGISTRATE JUDGE